BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 1:10-CR-00365-LJO |
| ) | |
| Plaintiff, ) | PRELIMINARY ORDER |
| ) | OF FORFEITURE |
| v. ) | |
| ) | |
| LARRY HAL BALDWIN, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Larry Hal Baldwin it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2253, defendant Larry Hal Baldwin's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

       a)    Approximately $12,747.51 in U.S. Currency seized from Wells Fargo Bank account number 3243092610, held in the name of Larry H. Baldwin, in lieu of the real property located at 433 Sanderling Drive, Patterson, California, APN: 021-032-061-000,

Preliminary Order of Forfeiture    1

       b)    2GB Kingston Data Traveler thumb drive number 05360-373.AOOLF,

       c)    Flip HD Ultra video camera (second generation), model number U1120B, serial #NB0930302071;

       d)    Dell Dimension E510 desktop computer tower, model number DCSM, serial number 5BQYL81,

       e)    Maxtor DiamondMax 10 160GB hard disk drive, model number 6L160MO, serial number L30DPH2H, and

       f)    Sony Digital Video Camera Recorder, Model number DCR-TRV38, serial number 1358474.

2. The above-listed property constitutes property containing visual depictions produced, transported, mailed, shipped, or received and/or constitute property used or intended to be used to commit or to promote the commission of violations of 18 U.S.C. § 2251(a) and (e). The government intends to use asset (a) listed above towards any restitution ordered in this case.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U. S. Marshals Service in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an

Preliminary Order of Forfeiture   2

1 interest in the property that is the subject of the order of
2 forfeiture as a substitute for published notice as to those persons
3 so notified.

4     b.   This notice shall state that any person, other than
5 the defendant, asserting a legal interest in the above-listed
6 property, must file a petition with the Court within sixty (60)
7 days from the first day of publication of the Notice of Forfeiture
8 posted on the official government forfeiture site, or within thirty
9 (30) days from receipt of direct written notice, whichever is
10 earlier.

11    5.   If a petition is timely filed, upon adjudication of all
12 third-party interests, if any, this Court will enter a Final Order
13 of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests
14 will be addressed.

15    IT IS SO ORDERED.

16 **Dated:   March 11, 2011**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

17
18
19
20
21
22
23
24
25
26
27
28