# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-365 LJO |
| Plaintiff, | REQUESTED ORDER OF CLARIFICATION ON RESTITUTION |
| v. | |
| LARRY H. BALDWIN, | |
| Defendant. | |
| _____/ | |

On April 29, 2011, the Defendant was sentenced.  Among other things, the Court ordered a special assessment of $300 and further ordered that the preliminary order of forfeiture was made final and was incorporated into the judgment.

The Preliminary Order of Forfeiture was issued by the Court on March 11, 2011 and included, inter alia, $12,747.51 from a designated Wells Fargo Bank account.

If it was not clear before, it was and is the intent of the Court that the $300 special assessment is to be paid from the forfeiture amount, with the remaining funds to satisfy the restitution to the minor victim.  A trust account is to be set up for the minor, and funds are not to be disbursed until the account is set up; funds are not to be withdrawn until either the minor turns 18 years of age, OR upon further order of the Court.

IT IS SO ORDERED.

**Dated:    October 26, 2011**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE