FILED

NOV - 3 2011

CLERK _ _ _ ST COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00365 LJO |
| Plaintiff, | ORDER |
| v. | |
| LARRY H. BALDWIN, | |
| Defendant. | |
| _____/ | |

The Court hereby orders the transcript of the sentencing hearing held on 4/29/2011 to be prepared and expedited. Amanda Scott is to be paid for the transcript in the amount of $111.55.

IT IS SO ORDERED.

**Dated:** __November 3, 2011__      _____/s/ Lawrence J. O'Neill_____
                                                                  UNITED STATES DISTRICT JUDGE